# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### UNITED STATES COURTHOUSE
### 500 PEARL STREET
### NEW YORK, NY 10007-1312

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

212-805-0194

August 28, 2006

Honorable Ortrie D. Smith
Chair, Committee on Financial Disclosure
One Columbus Circle, N..
Washington, D.C. 20544

Re: __Calendar Year 2005 Filing – Amendment Letter__

Dear Judge Smith:

Reference is made to your letter of July 27, 2006 requesting clarification concerning two matters on my 2005 Financial Disclosure Form. Please accept this letter as an amendment to the 2005 financial disclosure report, dated May 12, 2006, which I filed.

(1) With respect to the Part VII, page 1, Line 7 reference to "Treasury Direct Account", during 2005, for the first time, my husband opened on our behalf a Treasury Direct account for the purchase of United States Treasury bills. A 4-week $500,000 treasury bill was purchased on 11/25/05 and redeemed on 12/22/2005. Thirteen week $100,000 treasury bills were purchased on 11/25/2005 and 12/22/2005 and a twenty-six week treasury bill was purchased on 11/25/2005. These three treasury bills as well (as three others purchased in 2006) are automatically renewable and will continue to be renewed automatically for the foreseeable future. Accordingly, we believed they were similar to a bank account, not requiring individual reports of redemption and renewal but rather a total interest earned figure for the year. Please advise whether in 2006 it will be necessary to individually report these individual quarterly and/or biennial redemptions and renewals of treasury bills on individual lines of my financial disclosure statement.

(2) With reference to the Part VII, page 28, line 590 reference to "Portal Player, Inc. Common Stock", the sale on 10/24/05 of the stock purchased on 5/31/05 and 9/9/05 was inadvertently not included on the disclosure form. Accordingly, a line 603A should be added to my financial disclosure form which should read as follows:

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

| A. Description | B. Income | | C.Value | | (D)Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2)Type | (1)Code | (2)Method | (1) | (2) | (3) | (4) |
| 603A. Portal Player Inc. Common Stock | | | | | sold | 10/24 | L | — |

Please let me know if there is any further information which you require.

Very truly yours,



Naomi Reice Buchwald
United States District Judge

enclosures

## FOR CALENDAR YEAR 2005

*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BUCHWALD, NAOMI R | SOUTHERN DISTRICT OF NEW YORK` | 05/12/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (Active) | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 <br> to <br> 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| UNITED STATES COURTHOUSE <br> 500 PEARL STREET - ROOM 2270 <br> NEW YORK, NY 10007-1312 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

RECEIVED 2006 MAY 15 P 12: 13

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2005 | SELF-EMPLOYED LAWYER |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEE ATTACHED RIDER | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R | 05/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date _May 12, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# 2005 Financial Disclosure Statement

Part VII: Investments and Trusts

| A. Description | B. Income | | C. Value | | (D) Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2) Type | (1) Code | (2) Method | (1) | (2) | (3) | (4) |
| Citibank Accounts | D | Interest | O | T | | | | |
| Citibank (IRA) 1 | A | Interest | K | T | | | | |
| – Citifund Cash Reserves Class N | | | | | | | | |
| Citibank (IRA) 2 | A | Interest | O | T | | | | |
| | C | Dividends | | | | | | |
| – Citifund Cash Reserves Class N | | | | | | | | |
| – Analogue Devices (Common) | | | | | | | | |
| – Applied Materials (Common) | | | | | | | | |
| – Time Warner (Common) | | | | | | | | |
| – Dell Computer (Common) | | | | | | | | |
| – Gateway (Common) | | | | | | | | |
| – Intel (Common) | | | | | | | | |
| – Palm Inc (Common) | | | | | | | | |
| – International Rectifier (Common) | | | | | | | | |
| – Loral (Common) | | | | | | | | |
| – Microsoft (Common) | | | | | | | | |
| – Sun Microsystems (Common) | | | | | | | | |
| – CMGI (Common) | | | | | | | | |
| JPMorgan Chase Accounts | A | Interest | K | T | | | | |
| Schwab Account | | | | | | | | |
| NY Muni Money Mkt | C | Dividends | M | T | | | | |
| Bank of America | A | Dividends | J | T | | | | |
| Columbia Cash Reserves (formerly Prime Reserves) | | | | | | | | |
| Treasury Direct Account | D | Interest | N | T | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Time Warner<br>Common Stock (also IRA) | A | Div | L | T | bought | 3/21 | M | – |
| | | | | | partial sold | 3/21 | L | A |
| | | | | | bought | 9/20 | N | – |
| | | | | | partial sold | 9/20 | N | – |
| | | | | | bought | 11/2 | N | – |
| | | | | | partial sold | 11/2 | N | A |
| | | | | | bought | 12/30 | L | – |
| Apple Computer<br>Common Stock | – | None | | | partial sold | 1/7 | N | C |
| | | | | | bought | 1/20 | M | – |
| | | | | | partial sold | 1/20 | M | – |
| | | | | | bought | 1/21 | L | – |
| | | | | | partial sold | 1/21 | L | A |
| | | | | | bought | 3/1 | L | – |
| | | | | | partial sold | 3/1 | L | A |
| | | | | | bought | 3/2 | M | – |
| | | | | | bought | 3/3 | O | – |
| | | | | | partial sold | 3/3 | N | – |
| | | | | | bought | 3/4 | N | – |
| | | | | | partial sold | 3/4 | N | B |
| | | | | | bought | 3/8 | O | – |
| | | | | | partial sold | 3/8 | P1 | D |
| | | | | | bought | 3/9 | M | – |

2

| | | | | |
|---|---|---|---|---|
| partial sold | 3/9 | M | A |
| bought | 3/16 | L | – |
| partial sold | 3/16 | L | A |
| bought | 3/18 | N | – |
| partial sold | 3/18 | N | C |
| bought | 4/15 | L | – |
| bought | 4/27 | N | – |
| partial sold | 4/27 | N | A |
| bought | 4/28 | K | – |
| partial sold | 4/28 | M | – |
| bought | 4/29 | N | – |
| partial sold | 4/29 | N | B |
| bought | 5/4 | M | – |
| partial sold | 5/4 | M | A |
| bought | 5/5 | O | – |
| partial sold | 5/5 | O | A |
| bought | 5/9 | N | – |
| partial sold | 5/9 | N | A |
| bought | 5/10 | M | – |
| bought | 5/11 | M | – |
| partial sold | 5/11 | M | A |
| bought | 5/12 | K | – |

3

| | | | |
|---|---|---|---|
| partial sold | 5/12 | M | – |
| bought | 5/16 | M | – |
| partial sold | 5/16 | M | – |
| bought | 5/17 | M | – |
| partial sold | 5/17 | M | A |
| bought | 5/18 | M | – |
| sold | 5/18 | N | E |
| bought | 7/6 | N | – |
| sold | 7/6 | N | – |
| bought | 7/7 | M | – |
| sold | 7/7 | M | B |
| bought | 7/8 | N | – |
| sold | 7/8 | N | C |
| bought | 7/11 | N | – |
| sold | 7/11 | N | A |
| bought | 7/14 | N | – |
| sold | 7/14 | N | – |
| bought | 7/15 | P1 | – |
| sold | 7/15 | P1 | D |
| bought | 8/10 | N | – |
| sold | 8/10 | N | – |
| bought | 8/31 | M | – |

| | | | |
|---|---|---|---|
| sold | 8/31 | M | A |
| bought | 9/21 | N | – |
| bought | 9/22 | M | – |
| partial sold | 9/22 | M | A |
| sold | 9/23 | N | – |
| bought | 9/27 | P1 | – |
| sold | 9/27 | P1 | – |
| bought | 10/3 | N | – |
| sold | 10/3 | N | B |
| bought | 10/5 | N | – |
| sold | 10/5 | N | – |
| bought | 10/6 | O | – |
| partial sold | 10/6 | M | – |
| partial sold | 10/11 | M | – |
| sold | 10/12 | N | – |
| bought | 11/7 | N | – |
| partial sold | 11/7 | M | – |
| bought | 11/28 | O | – |
| partial sold | 11/28 | O | – |
| bought | 11/29 | L | – |
| sold | 11/29 | M | D |
| bought | 11/30 | N | – |

5

| | A | Div | L | T | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | sold | 11/30 | N | A |
| Applied Materials | A | Div | L | T | bought | 2/15 | K | – |
| Common Stock (also IRA) | | | | | sold | 2/15 | L | B |
| | | | | | bought | 2/28 | M | – |
| | | | | | sold | 2/28 | M | A |
| | | | | | bought | 3/3 | L | – |
| | | | | | partial sold | 3/3 | K | A |
| | | | | | bought | 3/4 | M | – |
| | | | | | sold | 3/4 | M | – |
| | | | | | bought | 4/28 | N | – |
| | | | | | sold | 4/28 | N | A |
| | | | | | bought | 5/4 | M | – |
| | | | | | sold | 5/4 | M | A |
| | | | | | bought | 5/5 | O | – |
| | | | | | sold | 5/5 | O | A |
| | | | | | bought | 6/9 | M | – |
| | | | | | sold | 6/9 | M | – |
| | | | | | bought | 6/13 | M | – |
| | | | | | sold | 6/14 | M | – |
| | | | | | bought | 6/15 | M | – |
| | | | | | sold | 6/15 | M | A |
| | | | | | bought | 6/28 | M | – |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | sold | 6/28 | M | A |
| | | | | | bought | 8/2 | N | – |
| | | | | | sold | 8/2 | N | A |
| | | | | | bought | 8/8 | M | – |
| | | | | | sold | 8/8 | M | – |
| | | | | | bought | 8/9 | M | – |
| | | | | | sold | 8/9 | M | A |
| | | | | | bought | 8/10 | M | – |
| | | | | | sold | 8/10 | M | – |
| | | | | | bought | 8/11 | M | – |
| | | | | | sold | 8/11 | M | – |
| | | | | | bought | 10/3 | N | – |
| | | | | | sold | 10/3 | N | – |
| | | | | | bought | 11/10 | N | – |
| | | | | | sold | 11/10 | N | A |
| Blount Common Stock | – | None | J | T | | | | |
| Dell Computer Common Stock (also IRA) | – | None | M | T | bought | 3/15 | N | – |
| | | | | | sold | 3/15 | N | – |
| | | | | | bought | 3/16 | O | – |
| | | | | | sold | 3/16 | O | – |
| | | | | | bought | 3/21 | N | – |

| No. | Action | Date | | |
|---|---|---|---|---|
| 139 | sold | 3/21 | N | A |
| 140 | bought | 3/24 | M | – |
| 141 | sold | 3/24 | M | A |
| 142 | bought | 3/29 | N | – |
| 143 | sold | 3/30 | N | B |
| 144 | bought | 3/31 | N | – |
| 145 | sold | 3/31 | N | B |
| 146 | bought | 4/1 | N | – |
| 147 | bought | 4/4 | M | – |
| 148 | partial sold | 4/4 | M | A |
| 149 | sold | 4/5 | O | D |
| 150 | bought | 4/6 | O | – |
| 151 | partial sold | 4/6 | N | A |
| 152 | bought | 4/7 | O | – |
| 153 | partial sold | 4/7 | O | B |
| 154 | bought | 4/8 | N | – |
| 155 | bought | 4/12 | M | – |
| 156 | partial sold | 4/12 | M | A |
| 157 | bought | 4/14 | M | – |
| 158 | sold | 4/14 | O | – |
| 159 | bought | 4/15 | O | – |
| | sold | 4/15 | O | – |

| | | | |
|---|---|---|---|
| bought | 4/29 | M | – |
| sold | 4/29 | M | A |
| sold short | 8/12 | O | – |
| bought | 8/22 | P1 | C |
| partial sold | 8/24 | N | – |
| bought | 9/7 | N | – |
| partial sold | 9/7 | N | – |
| bought | 9/8 | O | – |
| partial sold | 9/8 | O | A |
| bought | 9/9 | M | – |
| partial sold | 9/9 | M | – |
| bought | 9/19 | N | – |
| partial sold | 9/19 | N | A |
| bought | 9/20 | P1 | – |
| sold | 9/20 | P1 | – |
| bought | 9/23 | O | – |
| partial sold | 9/23 | O | C |
| bought | 9/29 | M | – |
| partial sold | 9/29 | M | B |
| bought | 10/6 | M | – |
| partial sold | 10/6 | M | A |
| partial sold | 10/31 | L | – |

9

Intel         C    Div    M    T
Common Stock (also IRA)

| | | | |
|---|---|---|---|
| bought | 11/1 | M | – |
| sold | 11/1 | N | – |
| bought | 11/22 | M | – |
| sold | 11/22 | M | A |
| bought | 11/28 | M | – |
| bought | 11/29 | M | – |
| sold | 11/29 | N | B |
| bought | 1/5 | M | – |
| partial sold | 1/7 | M | B |
| bought | 1/10 | M | – |
| bought | 1/20 | M | – |
| partial sold | 1/20 | M | – |
| bought | 1/21 | L | – |
| partial sold | 1/21 | L | A |
| bought | 2/15 | L | – |
| partial sold | 2/15 | N | E |
| bought | 2/22 | N | – |
| partial sold | 2/22 | M | A |
| bought | 2/24 | N | – |
| partial sold | 2/25 | N | D |
| bought | 2/28 | N | – |
| partial sold | 2/28 | M | A |

10

| | | N | D |
|---|---|---|---|
| bought | 3/11 | M | – |
| partial sold | 3/11 | M | – |
| bought | 3/16 | P1 | – |
| partial sold | 3/16 | O | – |
| partial sold | 3/17 | N | – |
| bought | 3/18 | M | – |
| partial sold | 3/18 | M | A |
| bought | 3/24 | M | -- |
| partial sold | | N | |
| bought | 3/29 | N | -- |
| partial sold | 3/30 | N | B |
| bought | 3/31 | N | -- |
| bought | 4/1 | L | -- |
| partial sold | 4/1 | M | -- |
| bought | 4/6 | N | -- |
| partial sold | 4/6 | N | A |
| bought | 4/8 | N | -- |
| partial sold | 4/8 | N | B |
| bought | 4/12 | M | -- |
| partial sold | 4/12 | M | B |
| bought | 4/14 | N | -- |

204
205
206
207
209
210
214
217
218
219
222
224
225

| | | | |
|---|---|---|---|
| partial sold | 4/14 | N | -- |
| partial sold | 4/15 | M | B |
| bought | 4/29 | M | -- |
| partial sold | 4/29 | M | A |
| bought | 5/2 | N | -- |
| partial sold | 5/2 | N | A |
| bought | 5/4 | N | -- |
| partial sold | 5/4 | N | C |
| bought | 5/9 | M | -- |
| partial sold | 5/9 | M | A |
| bought | 5/11 | M | -- |
| partial sold | 5/11 | M | A |
| bought | 5/12 | O | -- |
| partial sold | 5/12 | O | -- |
| bought | 5/13 | O | -- |
| partial sold | 5/13 | M | -- |
| bought | 5/16 | M | -- |
| partial sold | 5/16 | M | B |
| bought | 5/17 | M | -- |
| partial sold | 5/17 | M | A |
| bought | 5/19 | O | -- |
| partial sold | 5/19 | O | D |

| | | | | |
|---|---|---|---|---|
| bought | 5/20 | N | -- |
| partial sold | 5/20 | N | B |
| partial sold | 5/25 | N | E |
| bought | 5/26 | O | -- |
| partial sold | 5/26 | O | C |
| bought | 5/27 | L | -- |
| partial sold | 5/27 | L | A |
| bought | 5/31 | N | -- |
| bought | 6/3 | M | -- |
| partial sold | 6/3 | M | -- |
| bought | 6/7 | P1 | -- |
| partial sold | 6/7 | P1 | C |
| bought | 6/8 | O | -- |
| partial sold | 6/8 | O | B |
| bought | 6/9 | P1 | -- |
| partial sold | 6/9 | P1 | C |
| bought | 6/13 | O | -- |
| partial sold | 6/13 | O | -- |
| bought | 6/14 | O | -- |
| partial sold | 6/14 | O | -- |
| bought | 6/15 | P1 | -- |
| partial sold | 6/15 | P1 | D |

13

| | | | | |
|---|---|---|---|---|
| 270 | bought | 6/24 | M | -- |
| 271 | bought | 6/30 | M | -- |
| 272 | partial sold | 6/30 | L | -- |
| 273 | bought | 7/8 | O | -- |
| 274 | partial sold | 7/8 | O | A |
| 275 | bought | 7/11 | O | -- |
| 276 | partial sold | 7/11 | O | D |
| 277 | bought | 7/12 | O | -- |
| 278 | partial sold | 7/12 | O | C |
| 279 | bought | 7/14 | M | -- |
| 280 | sold | 7/15 | O | E |
| 281 | bought | 7/20 | P1 | -- |
| 282 | sold | 7/20 | P1 | D |
| 283 | bought | 7/21 | P1 | -- |
| 284 | bought | 7/22 | M | -- |
| 285 | bought | 7/26 | N | -- |
| 286 | partial sold | 7/26 | N | -- |
| 287 | bought | 7/27 | M | -- |
| 288 | sold | 7/27 | P1 | -- |
| 289 | bought | 8/1 | O | -- |
| 290 | sold | 8/1 | O | C |
| 291 | bought | 8/8 | N | -- |

| | | | |
|---|---|---|---|
| sold | 8/8 | N | -- |
| bought | 8/11 | N | -- |
| sold | 8/11 | N | -- |
| sold short | 8/15 | M | -- |
| bought | 8/16 | M | C |
| bought | 8/17 | N | -- |
| sold | 8/17 | N | -- |
| bought | 9/6 | O | -- |
| sold | 9/6 | O | A |
| bought | 9/7 | M | -- |
| sold | 9/7 | M | A |
| bought | 9/13 | P1 | -- |
| partial sold | 9/13 | O | B |
| bought | 9/14 | N | -- |
| partial sold | 9/14 | O | – |
| bought | 9/15 | M | – |
| sold | 9/15 | O | – |
| bought | 9/19 | M | – |
| sold | 9/19 | M | A |
| bought | 10/3 | P1 | -- |
| partial sold | 10/3 | P1 | C |
| bought | 10/10 | M | -- |

| | | | |
|---|---|---|---|
| partial sold | 10/10 | M | – |
| partial sold | 10/24 | K | – |
| bought | 11/2 | O | – |
| partial sold | 11/2 | O | C |
| bought | 11/7 | M | – |
| partial sold | 11/7 | M | B |
| bought | 11/10 | O | – |
| partial sold | 11/10 | M | – |
| partial sold | 11/11 | J | A |
| bought | 11/15 | O | – |
| partial sold | 11/15 | O | B |
| bought | 11/16 | O | – |
| partial sold | 11/16 | O | – |
| partial sold | 11/17 | N | B |
| sold | 11/18 | M | C |
| bought | 11/21 | M | – |
| sold | 11/22 | M | C |
| bought | 11/30 | M | – |
| sold | 12/2 | M | C |
| bought | 12/6 | N | – |
| sold | 12/6 | N | – |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | bought | 12/8 | K | – |
| | | | | | sold | 12/8 | K | – |
| | | | | | bought | 12/9 | P1 | – |
| | | | | | sold | 12/9 | P1 | – |
| | | | | | bought | 12/29 | N | – |
| | | | | | sold | 12/29 | N | A |
| Loral Common Stock (IRA only) | – | None | J | T | | | | |
| Analogue Devices Common Stock (IRA) | A | Div | L | T | bought | 4/8 | L | -- |
| | | | | | sold | 4/29 | L | -- |
| CMGI Common Stock (IRA only) | – | None | J | T | | | | |
| International Rectifier Common Stock (also IRA) | – | None | L | T | bought | 7/27 | M | -- |
| | | | | | partial sold | 7/27 | L | A |
| | | | | | sold | 7/28 | M | A |
| Microsoft Common Stock (also IRA) | B | Div | M | T | bought | 2/25 | N | -- |
| | | | | | partial sold | 2/25 | L | A |
| | | | | | bought | 3/9 | N | -- |
| | | | | | bought | 3/14 | N | -- |
| | | | | | partial sold | 3/14 | M | A |
| | | | | | bought | 3/16 | L | -- |
| | | | | | partial sold | 3/14 | O | -- |

| | | | | |
|---|---|---|---|---|
| 355 | bought | 3/17 | N | -- |
| 356 | partial sold | 3/17 | N | -- |
| 357 | bought | 3/18 | P1 | -- |
| 358 | partial sold | 3/18 | P1 | A |
| 359 | bought | 3/21 | M | -- |
| 360 | partial sold | 3/24 | O | -- |
| 361 | bought | 3/24 | M | -- |
| 362 | partial sold | 4/6 | M | D |
| 363 | bought | 5/11 | L | -- |
| 364 | partial sold | 5/11 | L | A |
| 365 | bought | 5/17 | L | -- |
| 366 | partial sold | 5/17 | L | A |
| 367 | bought | 5/26 | M | -- |
| 368 | partial sold | 5/26 | M | A |
| 369 | bought | 5/31 | M | -- |
| 370 | partial sold | 5/31 | M | -- |
| 371 | bought | 6/6 | M | -- |
| 372 | bought | 6/7 | M | -- |
| 373 | sold | 6/7 | N | B |
| 374 | bought | 9/29 | O | – |
| 375 | partial sold | 9/29 | N | B |
| 376 | bought | 9/30 | O | – |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  | sold | 9/30 | O | A |
|  |  |  |  | bought | 10/3 | M | -- |
|  |  |  |  | sold | 10/3 | M | A |
|  |  |  |  | bought | 11/16 | N | – |
|  |  |  |  | sold | 11/16 | N | B |
| Gateway<br>Common Stock (IRA only) | – | None | J | T |  |  |  |
| Palm One<br>Common Stock (IRA only) | – | None | J | T |  |  |  |
| Sun Microsystems<br>Common Stock (IRA only) | – | None | K | T |  |  |  |
| Rambus Corp.<br>Common Stock | – | None |  | bought | 1/21 | M | -- |
|  |  |  |  | partial sold | 1/21 | M | D |
|  |  |  |  | bought | 2/14 | J | -- |
|  |  |  |  | sold | 2/24 | M | -- |
|  |  |  |  | bought | 3/7 | L | -- |
|  |  |  |  | bought | 3/23 | K | – |
|  |  |  |  | Sold | 9/9 | M | -- |
| Advanced Micro Devices<br>Common Stock | – | None |  | bought | 1/5 | L | -- |
|  |  |  |  | bought | 1/7 | K | -- |
|  |  |  |  | partial sold | 1/7 | L | -- |
|  |  |  |  | bought | 2/15 | L | -- |

19

| | | | | | |
|---|---|---|---|---|---|
| | | | partial sold | 2/15 | L | A |
| | | | sold | 2/17 | L | -- |
| | | | bought | 2/25 | M | -- |
| | | | partial sold | 2/25 | L | A |
| | | | bought | 5/4 | L | -- |
| | | | partial sold | 5/4 | L | A |
| | | | sold | 5/12 | M | -- |
| | | | bought | 7/6 | N | -- |
| | | | sold | 7/6 | N | B |
| Amazon.com Common Stock | -- | None | bought | 1/7 | M | -- |
| | | | partial sold | 1/7 | M | B |
| | | | sold | 2/8 | M | -- |
| | | | bought | 2/11 | N | -- |
| | | | partial sold | 2/11 | M | A |
| | | | sold | 2/14 | M | B |
| | | | bought | 2/15 | O | -- |
| | | | partial sold | 2/15 | M | A |
| | | | sold | 2/17 | O | -- |
| | | | bought | 2/18 | M | -- |
| | | | sold | 2/18 | M | A |
| | | | bought | 2/23 | L | -- |
| | | | sold | 2/23 | L | A |

20

| | | | |
|---|---|---|---|
| bought | 3/7 | N | -- |
| sold | 3/7 | N | A |
| bought | 3/8 | P1 | -- |
| Partial sold | 3/8 | P1 | C |
| sold | 3/11 | N | -- |
| bought | 3/15 | M | -- |
| sold | 3/15 | M | -- |
| bought | 3/16 | M | -- |
| sold | 3/16 | M | A |
| bought | 3/24 | L | -- |
| sold | 4/4 | L | B |
| bought | 4/25 | L | -- |
| sold | 4/25 | L | A |
| bought | 4/26 | K | -- |
| sold | 4/26 | K | A |
| bought | 5/4 | M | -- |
| sold | 5/4 | M | -- |
| bought | 5/12 | M | -- |
| sold | 5/12 | M | -- |
| bought | 5/18 | N | -- |
| sold | 5/18 | N | C |
| bought | 5/19 | O | -- |

| | | | |
|---|---|---|---|
| sold | 5/19 | O | B |
| bought | 5/20 | M | -- |
| sold | 5/20 | M | A |
| bought | 5/23 | N | -- |
| sold | 5/23 | N | B |
| bought | 5/24 | N | -- |
| sold | 5/24 | N | A |
| bought | 5/25 | O | -- |
| partial sold | 5/25 | M | A |
| bought | 5/26 | N | -- |
| sold | 5/26 | O | C |
| bought | 5/27 | M | -- |
| sold | 5/27 | M | A |
| bought | 5/31 | N | -- |
| partial sold | 5/31 | M | -- |
| bought | 6/3 | M | -- |
| partial sold | 6/3 | M | -- |
| bought | 6/7 | M | -- |
| sold | 6/7 | N | -- |
| bought | 6/9 | O | -- |
| partial sold | 6/9 | N | A |
| sold | 6/14 | M | -- |

| | | | | |
|---|---|---|---|---|
| 462 | bought | 6/22 | N | -- |
| 463 | sold | 6/22 | N | -- |
| 464 | bought | 6/24 | N | -- |
| 465 | sold | 6/24 | N | -- |
| 466 | bought | 7/6 | N | -- |
| 467 | sold | 7/6 | N | -- |
| 468 | bought | 7/8 | L | -- |
| 469 | sold | 7/8 | L | A |
| 470 | bought | 7/11 | N | -- |
| 471 | sold | 7/11 | N | A |
| 472 | bought | 7/12 | M | -- |
| 473 | sold | 7/12 | M | B |
| 474 | bought | 7/21 | N | -- |
| 475 | bought | 7/25 | N | -- |
| 476 | partial sold | 7/25 | N | A |
| 477 | bought | 7/26 | N | -- |
| 478 | partial sold | 7/26 | N | E |
| 479 | bought | 7/27 | O | -- |
| 480 | partial sold | 7/27 | P1 | D |
| 481 | partial sold | 7/28 | L | D |
| 482 | bought | 7/29 | N | -- |
| 483 | partial sold | 7/29 | N | B |

23

| | | | | |
|---|---|---|---|---|
| bought | 8/1 | N | -- | |
| partial sold | 8/1 | N | C | |
| bought | 8/3 | N | -- | |
| sold | 8/3 | O | F | |
| bought | 8/4 | N | -- | |
| bought | 8/5 | M | -- | |
| partial sold | 8/5 | M | -- | |
| bought | 8/8 | O | -- | |
| sold | 8/8 | P1 | -- | |
| bought | 8/11 | O | -- | |
| sold | 8/11 | O | -- | |
| bought | 8/17 | P1 | -- | |
| partial sold | 8/17 | O | -- | |
| bought | 8/18 | N | -- | |
| partial sold | 8/18 | M | -- | |
| bought | 8/19 | N | -- | |
| partial sold | 8/19 | N | B | |
| bought | 8/22 | N | -- | |
| partial sold | 8/22 | N | A | |
| bought | 8/25 | P1 | -- | |
| partial sold | 8/26 | O | B | |

| | | | |
|---|---|---|---|
| partial sold | 8/29 | M | B |
| bought | 8/30 | N | -- |
| partial sold | 8/30 | N | B |
| bought | 8/31 | O | -- |
| partial sold | 8/31 | N | B |
| bought | 9/2 | J | -- |
| partial sold | 9/2 | J | A |
| Sold | 9/6 | O | D |
| bought | 9/7 | N | -- |
| sold | 9/7 | N | B |
| bought | 9/9 | M | – |
| sold | 9/9 | M | – |
| bought | 9/15 | O | – |
| sold | 9/15 | O | – |
| bought | 9/21 | N | – |
| bought | 9/22 | M | – |
| sold | 9/22 | O | D |
| bought | 9/23 | O | – |
| partial sold | 9/23 | M | – |
| sold | 9/26 | O | D |
| bought | 9/28 | M | – |
| sold | 9/28 | M | A |

| | | | |
|---|---|---|---|
| bought | 9/29 | P1 | – |
| sold | 9/29 | P1 | D |
| bought | 9/30 | O | – |
| partial sold | 9/30 | O | A |
| bought | 10/3 | M | -- |
| sold | 10/3 | N | C |
| bought | 10/5 | N | -- |
| sold | 10/5 | N | B |
| bought | 10/10 | P1 | -- |
| partial sold | 10/10 | P1 | -- |
| bought | 10/11 | M | – |
| sold | 10/11 | N | – |
| sold short | 10/25 | L | – |
| bought | 10/26 | L | D |
| bought | 11/3 | K | – |
| sold | 11/3 | K | A |
| bought | 11/16 | N | – |
| sold | 11/16 | N | C |
| bought | 11/17 | N | – |
| partial sold | 11/17 | M | C |
| bought | 11/18 | N | – |
| sold | 11/18 | O | D |

| | | | |
|---|---|---|---|
| bought | 11/21 | P1 | – |
| sold | 11/21 | P1 | C |
| bought | 11/22 | P1 | – |
| sold | 11/22 | P1 | C |
| bought | 11/25 | P1 | – |
| sold | 11/25 | P1 | B |
| bought | 11/28 | P1 | – |
| partial sold | 11/28 | P1 | – |
| bought | 11/29 | O | – |
| partial sold | 11/29 | O | A |
| bought | 11/30 | P1 | – |
| partial sold | 11/30 | P1 | – |
| bought | 12/1 | O | – |
| sold | 12/1 | O | B |
| bought | 12/2 | P1 | – |
| sold | 12/2 | P1 | – |
| bought | 12/7 | O | – |
| partial sold | 12/7 | N | A |
| bought | 12/8 | P1 | – |
| partial sold | 12/8 | O | B |
| bought | 12/9 | N | – |
| sold | 12/9 | O | C |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | bought | 12/13 | N | – |
| | | | sold | 12/13 | N | A |
| | | | bought | 12/14 | N | – |
| | | | partial sold | 12/14 | N | A |
| | | | bought | 12/15 | N | – |
| | | | partial sold | 12/15 | O | B |
| | | | bought | 12/16 | O | – |
| | | | sold | 12/16 | O | C |
| | | | bought | 12/19 | P1 | – |
| | | | partial sold | 12/19 | O | – |
| | | | bought | 12/21 | M | – |
| | | | sold | 12/21 | M | – |
| | | | bought | 12/23 | O | – |
| | | | sold | 12/23 | O | A |
| | | | bought | 12/27 | M | – |
| | | | bought | 12/28 | N | – |
| | | | partial sold | 12/28 | M | A |
| | | | bought | 12/29 | N | – |
| | | | sold | 12/29 | O | – |
| Portal Player, Inc. Common Stock | – | None | bought | 1/7 | K | -- |
| | | | partial sold | 1/10 | K | A |
| | | | sold | 1/21 | L | -- |

| A. Description | C. Income (1) Amt | (2) Type | D. Value (1) Code | (2) Method | Transactions During Year (1) | (2) | (3) | (4) |
|---|---|---|---|---|---|---|---|---|
| | | | | | bought | 4/15 | K | -- |
| | | | | | bought | 5/4 | K | -- |
| | | | | | sold | 5/4 | K | A |
| | | | | | bought | 5/10 | K | -- |
| | | | | | sold | 5/10 | K | A |
| | | | | | bought | 5/19 | K | -- |
| | | | | | sold | 5/19 | K | A |
| | | | | | bought | 5/23 | K | -- |
| | | | | | sold | 5/26 | L | C |
| | | | | | bought | 5/31 | J | – |
| | | | | | bought | 9/9 | K | – |
| Black & Decker Common Stock | A | Div | | | bought | 5/4 | L | -- |
| | | | | | bought | 7/8 | L | -- |
| | | | | | partial sold | 7/8 | L | B |
| | | | | | bought | 7/14 | M | -- |
| | | | | | partial sold | 7/14 | M | – |
| | | | | | bought | 8/24 | M | – |
| | | | | | sold | 8/24 | N | – |
| Cisco Systems Common Stock | – | None | L | T | bought | 1/5 | K | – |

29

|  |  |  |  |  |
|---|---|---|---|---|
| sold | 1/7 | K | A |
| bought | 3/31 | L | – |
| bought | 5/11 | L | – |
| partial sold | 5/11 | L | B |
| sold | 5/12 | L | B |
| bought | 5/31 | L | – |
| sold | 5/31 | L | A |
| bought | 6/3 | L | – |
| sold | 6/3 | L | A |
| bought | 6/6 | L | – |
| sold | 6/6-7 | L | A |
| bought | 8/31 | M | – |
| sold | 8/31 | M | A |
| bought | 11/9 | L | – |
| bought | 12/30 | L | – |
| bought | 1/6 | M | – |
| sold | 1/6 | M | – |
| bought | 1/7 | N | – |
| sold | 1/7 | N | – |
| bought | 2/25 | M | – |
| bought | 2/28 | N | -- |
| sold | 2/28 | N | C |

Ebay
Common Stock      –      None

| | | | |
|---|---|---|---|
| 634 | bought | 3/1 | M | -- |
| 635 | sold | 3/1 | M | A |
| 636 | bought | 3/2 | N | -- |
| 637 | sold | 3/2 | N | A |
| 638 | bought | 3/3 | N | -- |
| 639 | sold | 3/4 | N | B |
| 640 | bought | 3/4 | L | -- |
| 641 | bought | 3/7 | M | -- |
| 642 | partial sold | 3/7 | N | A |
| 643 | bought | 3/8 | N | -- |
| 644 | sold | 3/8 | M | -- |
| 645 | bought | 3/11 | M | -- |
| 646 | sold | 3/11 | M | -- |
| 647 | bought | 3/24 | M | -- |
| 648 | sold | 3/24 | M | -- |
| 649 | bought | 3/31 | N | -- |
| 650 | partial sold | 3/31 | N | -- |
| 651 | partial sold | 4/1 | K | -- |
| 652 | sold | 4/4 | L | A |
| 653 | bought | 4/5 | N | -- |
| 654 | partial sold | 4/5 | M | A |
| 655 | bought | 4/6 | K | -- |

31

| | | | |
|---|---|---|---|
| bought | 4/13 | M | -- |
| sold | 4/14 | N | -- |
| bought | 4/29 | N | -- |
| partial sold | 4/29 | M | A |
| bought | 5/2 | O | -- |
| partial sold | 5/2 | N | B |
| bought | 5/3 | M | -- |
| sold | 5/3 | O | D |
| bought | 5/9 | M | -- |
| partial sold | 5/9 | L | A |
| bought | 5/10 | M | -- |
| sold | 5/12 | M | B |
| bought | 5/16 | M | -- |
| sold | 5/16 | M | A |
| bought | 5/17 | M | -- |
| sold | 5/17 | M | A |
| bought | 5/18 | M | -- |
| sold | 5/18 | M | A |
| bought | 5/19 | L | -- |
| sold | 5/19 | L | -- |
| bought | 5/20 | N | -- |
| sold | 5/20 | N | B |

| | | | |
|---|---|---|---|
| bought | 5/23 | N | -- |
| sold | 5/23 | N | C |
| bought | 5/24 | L | -- |
| sold | 5/24 | L | A |
| bought | 5/31 | N | -- |
| partial sold | 5/31 | M | A |
| bought | 6/3 | M | -- |
| partial sold | 6/3 | M | A |
| bought | 6/7 | O | -- |
| sold | 6/7 | P1 | -- |
| bought | 6/8 | M | -- |
| bought | 6/9 | O | -- |
| partial sold | 6/9 | M | -- |
| bought | 6/14 | M | -- |
| sold | 6/14 | O | -- |
| bought | 6/24 | N | -- |
| sold | 6/24 | N | A |
| bought | 7/5 | M | -- |
| partial sold | 7/5 | L | A |
| bought | 7/6 | O | -- |
| sold | 7/6 | O | -- |
| bought | 7/7 | N | -- |

| | | | |
|---|---|---|---|
| sold | 7/7 | N | C |
| bought | 7/8 | P1 | -- |
| sold | 7/8 | P1 | C |
| bought | 7/11 | N | -- |
| sold | 7/11 | N | C |
| bought | 7/12 | O | -- |
| partial sold | 7/12 | N | B |
| sold | 7/22 | M | E |
| bought | 7/25 | N | -- |
| partial sold | 7/25 | M | B |
| sold | 7/26 | M | A |
| bought | 7/27 | O | -- |
| sold | 7/27 | O | A |
| bought | 7/28 | N | -- |
| partial sold | 7/28 | N | -- |
| sold | 8/1 | M | D |
| bought | 8/3 | O | -- |
| sold | 8/3 | O | C |
| bought | 8/4 | N | -- |
| partial sold | 8/4 | M | A |
| bought | 8/5 | M | -- |
| partial sold | 8/5 | M | -- |

722
723
724
725
726
727
728
729
730
731
732
733
734
735
736
737
738
739
740
741
742
743

| bought | 8/8 | P1 | -- |
|---|---|---|---|
| partial sold | 8/8 | P1 | B |
| bought | 8/11 | N | -- |
| sold | 8/11 | O | -- |
| bought | 8/17 | O | -- |
| sold | 8/17 | O | A |
| bought | 8/18 | N | -- |
| sold | 8/18 | N | A |
| bought | 8/19 | N | -- |
| partial sold | 8/19 | M | A |
| bought | 8/22 | O | -- |
| bought | 8/26 | O | -- |
| partial sold | 8/29 | O | C |
| bought | 8/31 | O | – |
| partial sold | 8/31 | O | D |
| bought | 9/6 | P1 | -- |
| partial sold | 9/6 | P1 | B |
| bought | 9/7 | P1 | -- |
| sold | 9/7 | P1 | D |
| bought | 9/9 | M | – |
| sold | 9/9 | M | – |
| bought | 9/15 | O | – |

| No. | Action | Date | Code | Flag |
|---|---|---|---|---|
| 744 | sold | 9/15 | O | – |
| 745 | bought | 9/27 | N | – |
| 746 | sold | 9/27 | N | A |
| 747 | bought | 9/28 | M | – |
| 748 | partial sold | 9/28 | M | -- |
| 749 | bought | 9/29 | P1 | – |
| 750 | sold | 9/29 | P1 | D |
| 751 | bought | 9/30 | P1 | – |
| 752 | sold | 9/30 | P1 | – |
| 753 | bought | 10/3 | M | -- |
| 754 | sold | 10/3 | M | B |
| 755 | bought | 10/5 | N | -- |
| 756 | partial sold | 10/5 | M | -- |
| 757 | bought | 10/6 | N | – |
| 758 | partial sold | 10/6 | N | – |
| 759 | sold | 10/7 | M | – |
| 760 | bought | 10/10 | P1 | -- |
| 761 | partial sold | 10/10 | P1 | -- |
| 762 | bought | 10/11 | N | – |
| 763 | sold | 10/11 | O | – |
| 764 | bought | 11/28 | O | – |
| 765 | sold | 11/28 | O | – |

| 766 | bought | 11/29 | P1 | – |
| 767 | sold | 11/29 | P1 | – |
| 768 | bought | 11/30 | O | – |
| 769 | sold | 11/30 | O | B |
| 770 | bought | 12/1 | O | – |
| 771 | partial sold | 12/1 | O | B |
| 772 | bought | 12/2 | P1 | – |
| 773 | sold | 12/2 | P1 | – |
| 774 | bought | 12/7 | N | – |
| 775 | sold | 12/7 | N | A |
| 776 | bought | 12/8 | N | – |
| 777 | sold | 12/8 | N | – |
| 778 | bought | 12/14 | N | – |
| 779 | partial sold | 12/14 | M | B |
| 780 | bought | 12/15 | N | -- |
| 781 | sold | 12/15 | O | A |
| 782 | bought | 12/16 | O | – |
| 783 | sold | 12/16 | O | – |
| 784 | bought | 12/19 | O | – |
| 785 | sold | 12/19 | O | – |
| 786 | bought | 12/23 | N | – |
| 787 | sold | 12/23 | N | A |

| | | | | |
|---|---|---|---|---|
| bought | 12/27 | M | – |
| bought | 12/28 | N | – |
| sold | 12/28 | N | B |
| Google Common Stock — None | bought | 1/6 | N | -- |
| | sold | 1/6 | N | A |
| | **sold short** | **1/7** | **M** | -- |
| | bought | 1/19 | M | -- |
| | bought | 3/4 | N | -- |
| | sold | 3/4 | N | -- |
| | bought | 3/8 | N | -- |
| | sold | 3/8 | N | -- |
| | bought | 3/9 | N | -- |
| | partial sold | 3/9 | M | -- |
| | bought | 3/11 | M | -- |
| | partial sold | 3/11 | M | -- |
| | sold | 3/15 | M | -- |
| | **sold short** | **3/18** | **M** | -- |
| | bought | 3/23 | M | -- |
| | bought | 5/20 | M | -- |
| | sold | 5/20 | M | -- |
| | bought | 5/26 | N | -- |
| | bought | 5/27 | O | -- |

| | | | |
|---|---|---|---|
| sold | 5/27 | O | D |
| bought | 5/31 | O | -- |
| sold | 5/31 | O | C |
| bought | 6/3 | O | -- |
| sold | 6/3 | O | -- |
| bought | 6/6 | O | -- |
| sold | 6/6 | O | D |
| bought | 6/7 | O | -- |
| sold | 6/7 | O | -- |
| bought | 6/8 | O | -- |
| sold | 6/8 | O | B |
| bought | 6/9 | O | -- |
| sold | 6/9 | O | -- |
| bought | 6/15 | P1 | -- |
| sold | 6/15 | P1 | A |
| bought | 6/24 | O | -- |
| sold | 6/24 | N | A |
| bought | 6/28 | O | -- |
| sold | 6/28 | O | A |
| bought | 6/30 | O | -- |
| sold | 6/30 | O | -- |
| bought | 7/11 | N | -- |

810
811
812
813
814
815
816
817
818
819
820
821
822
823
824
825
826
827
828
829
830
831

| | | | |
|---|---|---|---|
| sold | 7/11 | N | A |
| bought | 7/12 | N | -- |
| sold | 7/12 | N | B |
| bought | 7/22 | P1 | -- |
| sold | 7/22 | P1 | B |
| bought | 7/25 | O | -- |
| partial sold | 7/25 | O | B |
| bought | 7/27 | P1 | -- |
| partial sold | 7/27 | P1 | B |
| bought | 7/28 | N | -- |
| bought | 8/1 | N | -- |
| partial sold | 8/1 | N | -- |
| bought | 8/2 | N | -- |
| partial sold | 8/2 | O | C |
| bought | 8/3 | P1 | -- |
| sold | 8/3 | P1 | A |
| bought | 8/5 | N | -- |
| sold | 8/5 | N | -- |
| bought | 8/8 | N | -- |
| partial sold | 8/8 | N | A |
| bought | 8/9 | O | -- |
| partial sold | 8/9 | O | -- |

| | | | | |
|---|---|---|---|---|
| 854 | bought | 8/10 | N | -- |
| 855 | sold | 8/10 | O | -- |
| 856 | sold short | 8/12 | O | -- |
| 857 | sold short | 8/15 | N | -- |
| 858 | bought | 8/15 | O | D |
| 859 | bought | 8/16 | N | A |
| 860 | bought | 8/22 | O | -- |
| 861 | partial sold | 8/22 | N | A |
| 862 | sold | 8/23 | N | A |
| 863 | bought | 9/8 | N | -- |
| 864 | sold | 9/8 | N | A |
| 865 | bought | 9/12 | O | -- |
| 866 | sold | 9/12 | O | A |
| 867 | bought | 9/13 | N | -- |
| 868 | sold | 9/13 | N | A |
| 869 | bought | 9/14 | N | -- |
| 870 | sold | 9/14 | N | -- |
| 871 | bought | 9/19 | P1 | -- |
| 872 | partial sold | 9/19 | O | B |
| 873 | bought | 9/20 | P1 | -- |
| 874 | partial sold | 9/20 | P1 | D |
| 875 | bought | 9/21 | P1 | -- |

41

| | | | |
|---|---|---|---|
| 876 | partial sold | 9/21 | P1 C |
| 877 | bought | 9/22 | N -- |
| 878 | bought | 9/23 | O – |
| 879 | sold | 9/23 | P1 D |
| 880 | bought | 9/26 | O -- |
| 881 | bought | 9/27 | P1 – |
| 882 | sold | 9/27 | P1 – |
| 883 | bought | 9/28 | N – |
| 884 | bought | 9/29 | O – |
| 885 | sold | 9/29 | O C |
| 886 | bought | 9/30 | P1 – |
| 887 | sold | 9/30 | P1 D |
| 888 | bought | 10/3 | O -- |
| 889 | sold | 10/3 | O C |
| 890 | bought | 10/5 | O -- |
| 891 | sold | 10/5 | O -- |
| 892 | bought | 10/11 | N – |
| 893 | sold | 10/11 | N – |
| 894 | bought | 11/7 | O – |
| 895 | sold | 11/7 | O A |
| 896 | bought | 11/10 | M – |
| 897 | sold | 11/10 | M C |

| | | | |
|---|---|---|---|
| bought | 11/11 | P1 | – |
| sold | 11/11 | P1 | – |
| bought | 11/15 | P1 | – |
| sold | 11/15 | P1 | – |
| **sold short** | 11/16 | O | – |
| bought | 11/18 | N | – |
| bought | 11/21 | N | – |
| **sold short** | 11/21 | O | – |
| bought | 11/22 | O | – |
| **sold short** | 11/23 | N | – |
| bought | 11/23 | N | – |
| bought | 11/25 | O | – |
| sold | 11/25 | O | – |
| bought | 11/29 | P1 | – |
| sold | 11/29 | P1 | – |
| bought | 12/1 | N | – |
| sold | 12/1 | N | – |
| bought | 12/2 | P1 | – |
| sold | 12/2 | P1 | B |
| bought | 12/6 | P1 | – |
| partial sold | 12/6 | O | – |
| bought | 12/7 | N | – |

| | | | | |
|---|---|---|---|---|
| partial sold | 12/7 | O | A |
| bought | 12/8 | P1 | – |
| sold | 12/8 | P1 | B |
| bought | 12/9 | O | – |
| sold | 12/9 | O | D |
| sold short | 12/12 | N | – |
| bought | 12/13 | O | – |
| bought | 12/15 | N | – |
| partial sold | 12/15 | N | A |
| bought | 12/16 | P1 | – |
| partial sold | 12/16 | P1 | D |
| bought | 12/19 | P1 | – |
| partial sold | 12/19 | P1 | – |
| bought | 12/21 | P1 | – |
| sold | 12/21 | P1 | D |
| bought | 12/22 | P1 | – |
| sold | 12/22 | P1 | C |
| bought | 12/27 | O | – |
| bought | 12/28 | P1 | – |
| sold | 12/28 | P1 | C |
| bought | 12/29 | P1 | – |
| sold | 12/29 | P1 | – |

44

| | IBM Common Stock | | – | None | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | bought | 3/4 | M | – |
| | | | | | sold | 3/4 | M | – |
| | | | | | bought | 3/15 | M | -- |
| | | | | | sold | 3/15 | M | – |
| | | | | | bought | 3/16 | M | – |
| | | | | | sold | 3/16 | M | -- |
| | | | | | bought | 3/17 | M | – |
| | | | | | sold | 3/17 | M | – |
| | | | | | bought | 3/18 | M | – |
| | | | | | sold | 3/18 | M | A |
| | | | | | bought | 3/24 | M | – |
| | | | | | sold | 3/24 | M | – |
| | | | | | bought | 3/29 | N | – |
| | | | | | sold | 3/29 | N | A |
| | | | | | bought | 3/30 | L | – |
| | | | | | sold | 3/30 | L | – |
| | | | | | bought | 4/1 | N | – |
| | | | | | partial sold | 4/1 | M | A |
| | | | | | sold | 4/4 | L | A |
| | | | | | bought | 4/5 | L | -- |
| | | | | | sold | 4/5 | L | -- |
| | | | | | bought | 4/6 | L | -- |

45

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | sold | 4/6 | L | -- |
| | | | | | | bought | 4/12 | M | -- |
| | | | | | | sold | 4/12 | M | A |
| | | | | | | bought | 4/13 | M | -- |
| | | | | | | sold | 4/14 | M | -- |
| | | | | | | bought | 8/8 | L | -- |
| | | | | | | sold | 8/8 | L | -- |
| | | | | | | bought | 8/9 | L | -- |
| | | | | | | sold | 8/9 | L | A |
| | | | | | | bought | 8/10 | N | -- |
| | | | | | | sold | 8/10 | N | -- |
| | | | | | | bought | 8/10 | N | -- |
| | | | | | | sold | 8/10 | N | -- |
| | | | | | | bought | 8/22 | M | -- |
| | | | | | | sold | 8/22 | M | -- |
| | | | | | | bought | 10/31 | N | -- |
| | | | | | | sold | 10/31 | N | A |
| | | | | | | bought | 11/2 | N | – |
| | | | | | | sold | 11/3 | N | D |
| Maytag Common Stock | B | Div | M | T | | bought | 3/4 | L | -- |
| | | | | | | sold | 3/4 | L | A |
| | | | | | | bought | 3/22 | M | -- |

|  |  |  | sold | 3/22 | M | -- |
|  |  |  | bought | 4/5 | K | -- |
|  |  |  | sold | 6/22 | K | C |
|  |  |  | bought | 8/18 | M | -- |
| Micron Technology | – | None | bought | 5/18 | L | -- |
| Common Stock |  |  | sold | 5/26 | L | C |
| Research-In-Motion | – | None | bought | 3/21 | N | -- |
| Common Stock |  |  | partial sold | 3/21 | M | B |
|  |  |  | bought | 3/22 | L | -- |
|  |  |  | sold | 3/22 | M | -- |
|  |  |  | bought | 3/24 | O | -- |
|  |  |  | partial sold | 3/24 | M | -- |
|  |  |  | bought | 3/31 | L | -- |
|  |  |  | sold | 3/31 | O | D |
|  |  |  | bought | 4/1 | N | -- |
|  |  |  | sold | 4/1 | N | A |
|  |  |  | bought | 4/5 | L | -- |
|  |  |  | sold | 4/5 | L | -- |
|  |  |  | bought | 4/15 | N | -- |
|  |  |  | sold | 4/15 | N | -- |
|  |  |  | bought | 4/25 | N | -- |
|  |  |  | sold | 4/25 | N | D |

| | | | | |
|---|---|---|---|---|
| 1008 | bought | 4/26 | L | -- |
| 1009 | bought | 4/27 | M | -- |
| 1010 | partial sold | 4/27 | M | -- |
| 1011 | bought | 4/28 | L | -- |
| 1012 | partial sold | 4/28 | L | -- |
| 1013 | bought | 4/29 | N | -- |
| 1014 | sold | 4/29 | N | -- |
| 1015 | bought | 5/4 | M | -- |
| 1016 | sold | 5/5 | M | D |
| 1017 | bought | 5/11 | M | -- |
| 1018 | sold | 5/11 | M | A |
| 1019 | bought | 5/12 | M | -- |
| 1020 | sold | 5/12 | M | -- |
| 1021 | bought | 5/16 | M | -- |
| 1022 | sold | 5/16 | M | A |
| 1023 | bought | 5/19 | L | -- |
| 1024 | sold | 5/19 | L | A |
| 1025 | bought | 8/4 | L | -- |
| 1026 | bought | 8/19 | O | -- |
| 1027 | partial sold | 8/19 | O | D |
| 1028 | bought | 8/22 | N | -- |
| 1029 | partial sold | 8/22 | O | A |

| | | | | |
|---|---|---|---|---|
| 1030 | bought | 8/23 | N | – |
| 1031 | partial sold | 8/23 | M | D |
| 1032 | bought | 8/24 | M | – |
| 1033 | sold | 8/24 | N | -- |
| 1034 | bought | 8/30 | M | – |
| 1035 | sold | 8/30 | M | A |
| 1036 | bought | 9/23 | N | – |
| 1037 | sold | 9/23 | N | B |
| 1038 | bought | 9/27 | N | – |
| 1039 | sold | 9/27 | N | A |
| 1040 | bought | 9/30 | N | – |
| 1041 | partial sold | 9/30 | M | A |
| 1042 | bought | 10/5 | N | – |
| 1043 | partial sold | 10/5 | N | – |
| 1044 | bought | 10/6 | M | – |
| 1045 | sold | 10/6 | N | – |
| 1846 | bought | 10/10 | M | – |
| 1047 | sold | 10/10 | M | – |
| 1848 | bought | 10/26 | N | – |
| 1049 | sold | 10/28 | N | D |
| 1050 | bought | 11/11 | O | – |
| 1851 | sold | 11/11 | O | A |

49

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | bought | 12/13 | M | – |
| | | | | | bought | 12/14 | L | – |
| | | | | | partial sold | 12/14 | L | A |
| | | | | | partial sold | 12/15 | L | A |
| | | | | | bought | 12/19 | M | – |
| | | | | | sold | 12/19 | M | – |
| | | | | | bought | 12/21 | M | – |
| | | | | | sold | 12/21 | M | A |
| | | | | | bought | 12/23 | L | – |
| | | | | | sold | 12/23 | L | – |
| Texas Instruments Common Stock | A | Div | K | T | bought | 1/7 | M | – |
| | | | | | sold | 1/7 | M | – |
| | | | | | bought | 4/12 | K | -- |
| | | | | | sold | 4/12 | K | -- |
| | | | | | bought | 7/6 | M | -- |
| | | | | | sold | 7/6 | M | A |
| | | | | | bought | 7/8 | N | -- |
| | | | | | sold | 7/8 | N | A |
| | | | | | bought | 7/27 | M | -- |
| | | | | | sold | 7/27 | M | A |
| | | | | | bought | 9/9 | M | – |
| | | | | | partial sold | 9/9 | K | – |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | sold | 9/13 | M | A |
| | | | bought | 9/15 | M | – |
| | | | partial sold | 9/24 | L | – |
| Valero Common Stock | – | None | bought | 10/31 | N | – |
| | | | sold | 10/31 | N | B |
| | | | bought | 11/7 | O | – |
| | | | sold | 11/7 | O | A |
| | | | bought | 11/10 | N | – |
| | | | sold | 11/11 | N | A |
| | | | bought | 11/15 | M | – |
| | | | sold | 11/15 | M | – |
| | | | bought | 11/21 | M | – |
| | | | sold | 11/21 | M | B |
| | | | bought | 11/22 | M | – |
| | | | sold | 11/22 | M | A |
| | | | bought | 12/2 | M | – |
| | | | sold | 12/2 | M | – |
| Yahoo Common Stock | – | None | bought | 1/5 | N | -- |
| | | | bought | 1/6 | N | -- |
| | | | partial sold | 1/6 | N | B |
| | | | bought | 1/7 | M | -- |
| | | | partial sold | 1/10 | M | B |

51

| | | | | |
|---|---|---|---|---|
| 1096 | partial sold | 1/19 | K | A |
| 1097 | bought | 2/14 | M | -- |
| 1098 | partial sold | 2/14 | M | A |
| 1099 | bought | 2/15 | N | -- |
| 1100 | partial sold | 2/15 | O | A |
| 1101 | partial sold | 2/16 | O | -- |
| 1102 | bought | 2/23 | O | -- |
| 1103 | partial sold | 2/23 | O | A |
| 1104 | bought | 2/24 | O | -- |
| 1105 | sold | 2/24 | P1 | -- |
| 1106 | bought | 3/4 | O | -- |
| 1107 | sold | 3/4 | P1 | C |
| 1108 | bought | 3/7 | M | -- |
| 1109 | sold | 3/7 | M | B |
| 1110 | bought | 3/8 | N | -- |
| 1111 | partial sold | 3/8 | M | -- |
| 1112 | bought | 4/4 | M | -- |
| 1113 | sold | 4/4 | M | C |
| 1114 | bought | 4/6 | O | -- |
| 1115 | partial sold | 4/6 | N | B |
| 1116 | bought | 4/7 | N | -- |
| 1117 | sold | 4/7 | O | D |

| | | | | |
|---|---|---|---|---|
| bought | 4/13 | L | -- |
| bought | 4/19 | L | -- |
| bought | 4/25 | L | -- |
| partial sold | 4/25 | L | A |
| bought | 4/27 | O | -- |
| partial sold | 4/27 | O | B |
| bought | 4/28 | M | -- |
| partial sold | 4/28 | M | -- |
| bought | 4/29 | M | -- |
| sold | 4/29 | N | A |
| bought | 5/2 | M | -- |
| sold | 5/2 | M | A |
| bought | 5/3 | O | -- |
| sold | 5/3 | O | B |
| bought | 5/5 | N | -- |
| partial sold | 5/5 | M | -- |
| bought | 5/9 | M | -- |
| partial sold | 5/9 | M | -- |
| bought | 5/10 | M | -- |
| partial sold | 5/10 | N | -- |
| bought | 5/11 | N | -- |
| sold | 5/11 | N | C |

| | | | |
|---|---|---|---|
| bought | 5/18 | L | -- |
| sold | 5/18 | L | A |
| bought | 5/20 | L | -- |
| partial sold | 5/20 | M | -- |
| bought | 5/23 | N | -- |
| partial sold | 5/23 | M | B |
| bought | 5/25 | O | -- |
| partial sold | 5/25 | O | A |
| sold | 5/26 | M | B |
| bought | 5/31 | O | -- |
| sold | 5/31 | N | B |
| bought | 6/3 | M | -- |
| partial sold | 6/3 | M | -- |
| bought | 6/6 | M | -- |
| partial sold | 6/6 | M | A |
| bought | 6/7 | P1 | -- |
| sold | 6/7 | P1 | B |
| bought | 6/8 | M | -- |
| partial sold | 6/8 | M | A |
| sold | 6/9 | L | A |
| bought | 6/9 | J | -- |
| bought | 6/15 | O | -- |

54

| | Action | Date | | |
|---|---|---|---|---|
| 1162 | partial sold | 6/15 | O | B |
| 1163 | bought | 6/22 | N | -- |
| 1164 | sold | 6/22 | N | -- |
| 1165 | bought | 6/24 | N | -- |
| 1166 | sold | 6/28 | N | -- |
| 1167 | bought | 6/30 | M | -- |
| 1168 | sold | 6/30 | M | A |
| 1169 | bought | 7/6 | N | -- |
| 1170 | sold | 7/6 | N | -- |
| 1171 | bought | 7/8 | O | -- |
| 1172 | sold | 7/8 | O | A |
| 1173 | bought | 7/11 | N | -- |
| 1174 | sold | 7/11 | N | B |
| 1175 | bought | 7/14 | O | -- |
| 1176 | bought | 7/15 | N | -- |
| 1177 | partial sold | 7/15 | N | -- |
| 1178 | bought | 7/21 | M | -- |
| 1179 | partial sold | 7/22 | M | C |
| 1180 | sold | 7/25 | O | -- |
| 1181 | bought | 7/27 | P1 | -- |
| 1182 | sold | 7/27 | P1 | B |
| 1183 | bought | 7/28 | P1 | -- |

| | | | |
|---|---|---|---|
| partial sold | 7/28 | P1 | A |
| bought | 8/2 | O | -- |
| sold | 8/2 | O | -- |
| bought | 8/3 | P1 | -- |
| sold | 8/3 | P1 | -- |
| bought | 8/4 | N | -- |
| bought | 8/5 | M | -- |
| partial sold | 8/5 | M | -- |
| sold | 8/8 | N | -- |
| bought | 8/9 | N | -- |
| bought | 8/10 | N | -- |
| partial sold | 8/10 | O | -- |
| sold | 8/11 | L | A |
| bought | 8/22 | M | -- |
| bought | 8/25 | O | -- |
| sold | 8/25 | O | B |
| bought | 8/2n | N | -- |
| sold | 8/25 | N | A |
| bought | 8/30 | M | – |
| sold | 8/30 | M | A |
| bought | 9/2 | M | -- |
| sold | 9/2 | M | A |

56

| | | | |
|---|---|---|---|
| bought | 9/6 | N | -- |
| sold | 9/6 | N | A |
| bought | 9/7 | P1 | -- |
| sold | 9/7 | P1 | D |
| bought | 9/8 | N | – |
| partial sold | 9/8 | L | -- |
| bought | 9/9 | N | – |
| sold | 9/9 | O | B |
| bought | 9/12 | N | – |
| partial sold | 9/12 | M | – |
| partial sold | 9/13 | L | A |
| bought | 9/15 | O | – |
| partial sold | 9/15 | O | A |
| bought | 9/21 | M | – |
| Bought | 9/22 | M | – |
| bought | 9/27 | P1 | – |
| sold | 9/27 | P1 | A |
| bought | 9/28 | M | – |
| sold | 9/28 | M | A |
| bought | 9/29 | P1 | – |
| sold | 9/29 | P1 | D |
| bought | 9/30 | N | – |

| | | | |
|---|---|---|---|
| sold | 9/30 | N | A |
| bought | 10/3 | O | -- |
| sold | 10/3 | O | C |
| bought | 10/5 | N | – |
| partial sold | 10/5 | L | A |
| bought | 10/6 | O | – |
| sold | 10/6 | O | A |
| bought | 10/10 | P1 | -- |
| partial sold | 10/10 | P1 | A |
| bought | 10/11 | M | – |
| sold | 10/11 | M | A |
| bought | 10/18 | M | – |
| bought | 11/1 | M | – |
| partial sold | 11/1 | M | A |
| bought | 11/2 | P1 | – |
| sold | 11/2 | P1 | D |
| bought | 11/3 | O | – |
| partial sold | 11/3 | N | – |
| bought | 11/7 | M | – |
| partial sold | 11/7 | N | B |
| sold | 11/8 | N | D |
| bought | 11/8 | K | – |
| bought | 11/10 | O | – |

58

| | | | | |
|---|---|---|---|---|
| 1251 | sold | 11/10 | O | C D |
| 1252 | bought | 11/11 | M | – |
| 1253 | sold | 11/11 | M | A |
| 1254 | bought | 11/15 | N | – |
| 1255 | sold | 11/15 | N | – |
| 1256 | bought | 11/17 | N | – |
| 1257 | sold | 11/17 | N | C |
| 1258 | bought | 11/18 | O | – |
| 1259 | bought | 11/21 | P1 | – |
| 1260 | Partial sold | 11/21 | P1 | C |
| 1261 | bought | 11/22 | P1 | – |
| 1262 | sold | 11/22 | P1 | A |
| 1263 | bought | 11/25 | N | – |
| 1264 | sold | 11/25 | N | A |
| 1265 | bought | 11/28 | P1 | – |
| 1266 | partial sold | 11/28 | P1 | – |
| 1267 | bought | 11/29 | P1 | – |
| 1268 | partial sold | 11/29 | P1 | – |
| 1269 | bought | 11/30 | O | – |
| 1270 | partial sold | 11/30 | O | – |
| 1271 | bought | 12/1 | P1 | – |
| 1272 | partial sold | 12/1 | P1 | A |

| | | | |
|---|---|---|---|
| bought | 12/2 | P1 | – |
| sold | 12/2 | P1 | – |
| bought | 12/7 | N | – |
| sold | 12/7 | N | B |
| bought | 12/8 | O | – |
| partial sold | 12/8 | O | B |
| bought | 12/9 | L | – |
| sold | 12/9 | M | A |
| bought | 12/13 | O | – |
| partial sold | 12/13 | O | B |
| bought | 12/14 | N | – |
| partial sold | 12/14 | O | B |
| bought | 12/15 | O | -- |
| sold | 12/15 | O | C |
| bought | 12/16 | O | – |
| sold | 12/16 | O | C |
| bought | 12/19 | O | – |
| sold | 12/19 | O | – |
| bought | 12/21 | P1 | – |
| bought | 12/23 | M | – |
| sold | 12/23 | M | A |
| bought | 12/28 | P1 | – |

1295
1296
1297

| partial sold | 12/28 | P1 | A |
|---|---|---|---|
| bought | 12/29 | N | – |
| sold | 12/29 | P1 | – |